UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR OFFICE OF WORKER'S COMPENSATION, <br><br> Defendant. | CASE NO. C24-5495 BHS <br><br> ORDER |

THIS MATTER is before the Court on its own motion, following its June 26, 2024, Order requiring the parties to file a joint status report by September 24, 2014, Dkt. 4, and the Court's October 10, 2024, Notice informing them that if such a notice was not filed "forthwith," the case may be dismissed, Dkt. 7.

Pro se plaintiff Frank Allen filed this action in Kitsap County Superior Court in May 2024. Dkt. 1-1. He asserts Federal Tort Claims Act (FTCA) and other claims relating to a 1989 on the job injury. *Id*. There is no evidence Allen served process on defendant United States while the case was pending there. The government timely removed the case under 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 2679(d)(2). It

ORDER - 1

affirmatively asserted that it had not been served. Dkt. 1 at 2. There is no evidence that Allen has served the United States since the case was removed.

Since the Court's Order and follow-up Notice, Allen has filed (or re-filed) various documents and exhibits in the case, Dkts. 6 and 8, but he has not addressed any of the issues the Court ordered him to address. Dkts. 4 and 7. Nor has Allen provided any evidence that he properly served the defendant under Federal Rule of Civil Procedure 4 since the case was removed. Rule 4(m) requires a plaintiff to serve his summons and complaint within 90 days of filing.

Despite the Court's Orders and the Rules' requirements, Allen has not served his summons and complaint, and he has not complied with the Court's Orders. This matter is therefore **DISMISSED** without prejudice for failure to serve and failure to prosecute.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 5th day of November, 2024.

BENJAMIN H. SETTLE
United States District Judge